Commonwealth *v.* Blatch, Appellant.

Before DiBONA, J., without a jury.

Submitted September 9, 1974. *John L. Braxton,* and *Braxton, Johnson & Kopanski,* for appellant; *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.